# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

CRYSTAL KAPLAFKA-DINOFA,

Appellant,

v.

CAMDEN OPERATING, L.P.; CAMDEN DEVELOPMENT, INC.; and TEAM MANAGEMENT OF PASCO, INC.,

Appellees.

No. 2D2024-2052

———————————————

November 26, 2025

Appeal from the Circuit Court for Hillsborough County; Emily A. Peacock, Judge.

Michael J. Labbee and Tyler A. Hayden of Phillips, Hayden & Labbee, LLP, St. Petersburg, for Appellant.

Caryn L. Bellus and Daniela Marrero of Kubicki Draper, Miami, for Appellees.

PER CURIAM.

Affirmed.

KELLY, VILLANTI, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.